# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case Number 3:95cr5 |
| **Plaintiff,** | : | |
| vs. | : | JUDGE WALTER H. RICE |
| **JULIUS BROWN, JR.** | : | |
| **Defendant.** | : | |

### ENTRY ORDERING DEFENDANT RELEASED FROM CUSTODY

Defendant is to be transported from the Shelby County Jail on Thursday, March 11, 2021, in time for a 10:30 a.m. hearing in the United States District Court for the Southern District of Ohio. Given that he will not be returning to the Shelby County Jail, following that hearing, he is to be fully discharged and dressed in civilian clothes before being transported to Dayton for his 10:30 a.m. hearing on March 11, 2021.

Following the hearing, defendant is to be released by the United States Marshals Service to the custody of his state Parole Officer, Gregory Frankart, to be immediately transported to the Volunteers of America Facility on Gettysburg Avenue in Dayton.

March 10, 2021

(tp - per Judge Rice authorization after his review)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

cc: Counsel of record
United States Marshals Office
Shelby County Jail
Laura Sebulsy